


```
┌─────────────────────────────┐
│  USDC SDNY                  │
│  DOCUMENT                   │
│  ELECTRONICALLY FILED       │
│  DOC #: _____   │
│  DATE FILED: 12/20/07       │
└─────────────────────────────┘
```

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

TERRI FEINSTEIN SASANOW
Senior Counsel
phone: (212) 788-1282
fax: (212) 788-8871
email: TSasanow@law.nyc.gov

December 19, 2007

**BY FACSIMILE**
Hon. Sidney H. Stein, USDJ
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

    Re: **Children's Liberation Day Care Center, Inc. v. Mattingly,**
         07 Civ. 11210 (SHS)

Dear Judge Stein:

    I write to advise the Court that as a result of the conference before Judge Chin yesterday, the parties have reached a settlement agreement in principal. In order to give us sufficient time to memorialize the terms of the agreement in writing, and agree on the final language, we are willing to extend the effective date of termination of the contract between the parties until January 11, 2008. Based on the foregoing, we respectfully request that your Honor adjourn the return date of plaintiffs' motion for a preliminary injunction, and our time to submit opposition papers, to a new date to be set by your Honor.

[Handwritten annotation: *The time to submit opposition papers is extended to Jan. 7, 2008, the hearing is adjourned to Jan. 14, 2008, at 9:30 a.m.*]

Respectfully,

*Terri Feinstein Sasanow*
Terri Feinstein Sasanow
Senior Counsel

cc: Arthur Z. Schwartz, Esq.—via facsimile

SO ORDERED 12/19/07

*[signature]*
SIDNEY H. STEIN
U.S.D.J.