USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/4/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CHILDREN'S LIBERATION DAY CARE  :  07 Civ. 11210 (SHS)
CENTER, INC., *ET AL.* :
 : ORDER
                      Plaintiffs,  :
 :
    -against-  :
 :
JOHN B. MATTINGLY, *ET ANO*,  :
 :
                     Defendants.  :
------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    A pretrial conference having been held today, with counsel for both sides present,

    IT IS HEREBY ORDERED that:

1. Defendant's time to submit papers in opposition to plaintiff's motion for a preliminary injunction is adjourned until January 11, 2008;

2. The hearing on plaintiff's motion remains scheduled for January 14, 2008, at 9:30 a.m.

Dated: New York, New York
        January 4, 2008

                                              SO ORDERED:

                                              Sidney H. Stein, U.S.D.J.

1